UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARLENE JEFFERSON

      Plaintiff,                               CASE NUMBER: 8:08-cv-1337-T30-EAJ

v.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

      Defendant.

_____ /

## PLAINTIFF'S NOTICE TO THE COURT REGARDING MOTION TO DISMISS

Plaintiff filed this lawsuit and served an Amended Complaint on Defendant. Defendant's Counsel filed a Motion to Dismiss alleging that Plaintiff had failed to satisfy the conditions precedent because she had failed to file a complaint with the United Stated Equal Employment Opportunity Commission ("EEOC") and because she had failed to file a Complaint with the Florida Commission on Human Relations ("FCHR").

Plaintiff has supplied Defendant with the documents demonstrating that she filed with EEOC which entered a "Cause" Finding and that she filed with the FCHR. Defendant's counsel has agreed that the Motion to Dismiss is unnecessary and Plaintiff and Defendant have agreed that Defendant shall file an Answer to Amended Complaint on or before January 10, 2009.

Plaintiff has received an email confirming the agreement described above and has attempted to confer with Defendant's counsel prior to the filing of this pleading. Based on a voicemail received from Defendant's counsel, Defendant's counsel is on vacation or otherwise engaged in holiday activities.

WHEREFORE, Plaintiff respectfully advises the Court that it need not rule on Defendant's Motion to Dismiss and that Defendant will be filing an Answer as set forth above.

Respectfully submitted,

/s/ Steven G. Wenzel
**STEVEN G. WENZEL, ESQUIRE**
Florida Bar Number: 159055
Wenzel & Fenton, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
(813) 224-0431 Telephone
(813) 229-8712 Facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERETIFY that on December 23rd, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of an electronic filing to: Mitchell L. Feldman, Esquire, Silver, Levy, Feldman & Bass, P.A., (Attorneys for the Defendant), 2701 North Rocky Point Drive, Suite 1000, Tampa, Florida 33607.

/s/ Steven G. Wenzel
**STEVEN G. WENZEL, ESQUIRE**