Marlene Jefferson
6500 150th Ave. North
Apt. B101
Clearwater, Florida, 33760
July 26, 2009

Judge
United States District Court
Middle District of Florida
Tampa, Florida

Ref: case #8:08-cv-1337-T30-EAJ

*Judge
Mr. Wenzel has been my attorney since 02/07 for this case*

Dear Judge

I am in total disagreement with my attorney's attempt to withdraw from my case. He did not talk to me about this prior to this letter; matter of fact I was shocked when I opened the letter on 07/26/09. It is difficult for me to understand how Mr. Wenzel's letter can indicate that we have irreconcilable differences when we have not seen or spoken to each other since January 2009.

To all parties Steven G. Wenzel is still my attorney and all matters should be directed to he and I until further notice.

Sincerely,

Marlene Jefferson

cc: Steven G. Wenzel
    Mitchell L. Feldman

RECEIVED 2009 JUL 28 PM 2:19 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARLENE JEFFERSON

    Plaintiff,

CASE NUMBER: 8:08-cv-1337-T30-EAJ

v.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

    Defendant.
_____/

## NOTICE OF INTENT TO WITHDRAW

TO:    Mitchell L. Feldman, Esquire    Marlene Jefferson
        Silver, Levy, Feldman & Bass, P.A.    6550 150th Avenue N.
        2701 N. Rocky Point Dr., Ste. 1000    Apt. B101
        Tampa, Florida 33607    Clearwater, Florida 33760

Pursuant to Local Rule 2.03(d), Counsel for Plaintiff, MARLENE JEFFERSON, hereby notifies her and opposing counsel that he wishes to withdraw from this action. He and his client have irreconcilable differences about the progress of this case, such that counsel feels he can no longer adequately represent her.

Dated this 16th day of July, 2009.

        Respectfully submitted,

        /s/ Steven G. Wenzel
        STEVEN G. WENZEL, ESQUIRE
        Florida Bar Number: 159055
        Wenzel Fenton Cabassa, P.A.
        1110 North Florida Avenue, Suite 300
        Tampa, Florida 33602
        (813) 224-0431 Telephone
        (813) 229-8712 Facsimile
        swenzel@wenzelfenton.com