# WENZEL
# &
# FENTON

MATTHEW K. FENTON
REBECA A. FENTON
STEVEN G. WENZEL *

* BOARD CERTIFIED LABOR
& EMPLOYMENT LAW

PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

1110 N. FLORIDA AVENUE
SUITE 300
TAMPA, FLORIDA 33602

TELEPHONE: (813) 224-0431

FACSIMILE: (813) 229-8712

WEBSITE: www.wenzelfenton.com

December 17, 2008

Ms. Marlene Jefferson
6550 150th Avenue North
Apartment B101
Clearwater, FL 33760

Dear Ms. Jefferson:

    I have received a disturbing phone message from you which suggests that I am in someway complicit in the delay in processing your case and/or in some way in assisting or preventing you from getting what you perceive to be justice. You gave me a December 31, 2008 deadline and told me that I must resolve your case by then. I wrote because that deadline is one I will not meet.

    You have breached your agreement with our law firm. Specifically, in the agreement you agreed to pay for the cost of prosecuting your case. You have repudiated that agreement by stating that you cannot and will not pay the costs of your case. The costs in a case in federal court are not inconsiderable and it is a different business mater to undertake representing you in the face of your insistence that you not pay costs. Second, you and members of your family have breached the agreement by communicating directly with the Department of Corrections and other state officials. Accordingly, we would prefer that you find other counsel.

    The State of Florida has moved to dismiss the case saying that you missed time deadlines pertinent to this matter and prior to the time that we represented you. I enclose a copy of their motion. I will carefully respond to this motion while you seek other counsel and I trust that you did not miss any such deadlines. If they are missed, you will not have any relief through the court system. Obviously, I can't fix deadlines you may have missed prior to our representation. In any event, this letter is to advise you that one you have breached the agreement with our law firm and two, there is no possibility you will have this matter resolved by December 31, 2008. The State maintains the position that it is completely innocent and by the filing of this motion signals to us that they intend to defend the case vigorously.

    I am sorry that your personal situation is at it is. That is quite frequently the case with people who lose jobs and I feel for sorry for you as I do with those other firm clients who are similarly

Marlene Jefferson
December 17, 2008
Page 2

situated. Nevertheless, because your personal situation is a difficult one, that does not affect how we prosecute your case and certainly would not affect the State's willingness to settle it.

Sincerely,

Steven G. Wenzel

SGW/jmw
Enclosure